| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with N.J.N. JBR 9004-2(c)**<br>Ronald Gellert (No. 019321997)<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, DE  19801<br>Phone: (302) 425-5800<br>Fax: 302-425-5814<br>Email: rgellert@gsbblaw.com<br><br>*Counsel to Discover Bank* | Order Filed on June 9, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>     MICHELE M DIBERARDINO,<br><br>          Debtor. | Chapter 13<br><br>Case No. 20-12700-JNP |

**ORDER DIRECTING**
**REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page is ORDERED.

**DATED: June 9, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the Application Requesting Redaction of Personal Information filed in this case by Discover Bank, and regarding Proof of Claim and Attachments (Claim No. 3) it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.