**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michele M. DiBerardino<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4482<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–12700–JNP | |

## Order of Discharge                                                                                               12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michele M. DiBerardino

3/20/24                                                                     **By the court:** Jerrold N. Poslusny Jr.
                                                                                                  United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 20-12700-JNP

Michele M. DiBerardino                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                            Page 1 of 3

Date Rcvd: Mar 20, 2024              Form ID: 3180W                     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michele M. DiBerardino, 245 Chestnut St, Audubon, NJ 08106-1541 |
| 518718465 | | Foster, Garbus & Garbus, 60 Vanderbilt Motor Pkwy, Commack, NY 11725-5710 |
| 518718472 | | Shellpoint Mortgage Servicing, PO Box 740039, Cincinnati, OH 45274-0039 |
| 518720386 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518718473 | | Tanaglia & Hunt, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518718447 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2024 21:11:17 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518718448 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2024 21:11:31 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518750073 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2024 21:01:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518718449 | | EDI: BANKAMER | Mar 21 2024 00:42:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518758342 | + | EDI: BANKAMER2 | Mar 21 2024 00:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518718450 | | EDI: TSYS2 | Mar 21 2024 00:43:00 | Barclay Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 518718451 | + | Email/Text: notices@burt-law.com | Mar 20 2024 20:52:00 | Burton Neil & Associates, 1060 Andrew Dr Ste 170, West Chester, PA 19380-5600 |
| 518718459 | | Email/Text: correspondence@credit-control.com | Mar 20 2024 20:51:00 | Credit Control, LLC, PO Box 100, Hazelwood, MO 63042-0100 |
| 518718460 | | Email/Text: correspondence@credit-control.com | Mar 20 2024 20:51:00 | Credit Control, LLC, PO Box 546, Hazelwood, MO 63042-0546 |
| 518718452 | | Email/Text: cms-bk@cms-collect.com | Mar 20 2024 20:52:00 | Capital Management Service, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 518718453 | | EDI: CAPITALONE.COM | Mar 21 2024 00:42:00 | Capital One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: 3180W | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518746711 | + | EDI: AIS.COM | Mar 21 2024 00:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518718454 | | EDI: CAPITALONE.COM | Mar 21 2024 00:42:00 | Captial One Services, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518718457 | | EDI: CITICORP | Mar 21 2024 00:43:00 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 518718458 | | EDI: CITICORP | Mar 21 2024 00:43:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518718461 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2024 21:11:17 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518718463 | | EDI: DISCOVER | Mar 21 2024 00:42:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 518718462 | | EDI: DISCOVER | Mar 21 2024 00:42:00 | Discover Financial Services, PO Box 3008, New Albany, OH 43054-3008 |
| 518729099 | | EDI: DISCOVER | Mar 21 2024 00:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518718455 | | Email/Text: BNSFS@capitalsvcs.com | Mar 20 2024 20:51:00 | CCS First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 518718464 | | Email/Text: BNSFS@capitalsvcs.com | Mar 20 2024 20:51:00 | First Savings Credit Card, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 518718456 | | EDI: JPMORGANCHASE | Mar 21 2024 00:42:00 | Chase Card Member Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 518718466 | | EDI: JPMORGANCHASE | Mar 21 2024 00:42:00 | JPMCB - Card Services, 301 N Walnut St Fl 9, Wilmington, DE 19801-3971 |
| 518751803 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 20 2024 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518725106 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2024 21:00:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518718467 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2024 21:01:02 | LVNVFunding, PO Box 740281, Houston, TX 77274-0281 |
| 518718468 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2024 20:52:00 | Midland Credit Management, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518794513 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2024 20:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518808426 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 20 2024 20:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing as, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518718470 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 20 2024 20:51:00 | PNC Bank, N.A., PO Box 3180, Pittsburgh, PA 15230-3180 |
| 518803662 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 20 2024 20:51:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518718471 | | EDI: PRA.COM | Mar 21 2024 00:43:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 518814261 | | EDI: PRA.COM | Mar 21 2024 00:43:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518798947 | | Cleveland, OH 44101 |
| 518798946 | | PNC Bank, N.A., PO Box 94982 |
| 518718469 | ## | Nationwide Credit, inc., PO Box 14581, Des Moines, IA 50306-3581 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ronald S. Gellert | on behalf of Creditor Discover Bank rgellert@gsbblaw.com abrown@gsbblaw.com |
| Tamika Nicole Wyche | on behalf of Debtor Michele M. DiBerardino daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5